**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:24-cr-00247-RK-1 |
| | ) | |
| ANDREW MICHAEL HENRY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On September 25, 2025, Magistrate Judge Jill Morris issued her Report and Recommendation, (Doc. 52), concluding that the Court should deny Defendant Andrew Michael Henry's Motion to Suppress Evidence, (Doc. 25). Defendant filed an objection to the Report and Recommendation. (Doc. 55.)

Pursuant to Federal Rule of Criminal Procedure 59(b)(3), a "district judge must consider de novo any objection to a magistrate judge's recommendation." After an independent, de novo review of the matter pursuant to 28 U.S.C. § 636(b)(1)(C), including a review of the applicable law and Defendant's objections, the Court accepts the findings and recommendations made by Magistrate Judge Jill Morris in full. Accordingly, it is hereby

**ORDERED** that the Report and Recommendation of Magistrate Judge Jill Morris, (Doc. 52), is **ADOPTED**. It is further

**ORDERED** that Defendant's objection, (Doc. 55), is **OVERRULED**. It is further

**ORDERED** that Defendant's Motion to Suppress Evidence, (Doc. 25), is **DENIED**.

**IT IS SO ORDERED.**

s/ Roseann A. Ketchmark
ROSEANN A. KETCHMARK, JUDGE
UNITED STATES DISTRICT COURT

DATED: November 7, 2025